UNITED STATES DISTRICT COURT



**FILED**

SEP 1 9 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Ellis D. Thomas, Jr.,        )
                          )
       Plaintiff,       )
                          )
v.                        )      Civil Action No. 19-2260 (UNA)
                          )
                          )
U.S. Government *et al.*,      )
                          )
       Defendants.      )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's Civil Complaint filed *pro se* and his application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). It also assists the court in determining whether it has jurisdiction over the subject matter. A complaint "that contains only vague and conclusory"

1

assertions simply fails to satisfy the pleading requirements of Rule 8(a). *Hilska v. Jones*, 217 F.R.D. 16, 21 (D.D.C. 2003) (citing *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 514 (2002)).

Plaintiff purports to sue the U.S. Government and "DC area LAW Enforcement." Compl. Caption. The complaint is cryptically worded and unfocused. Plaintiff alleges violations of "Civil, Human Personal and Legal Rights for going on 20 years," or since 2003. Compl. ¶ 1. He seeks "Reparations and Compensation" *id.* ¶ 2, "in the amount of $7,750,000.00," *id.* at 4. Missing from the complaint is a coherent set of facts and a clear statement showing plaintiff's entitlement to relief. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: September __18__, 2019

United States District Judge